Percy ANDERSON, Sr., Plaintiff–
Appellant,

v.

COUNTY OF SAN DIEGO; et
al., Defendants–Appellees.

Percy Anderson, Sr., Plaintiff–
Appellant,

v.

Health & Human Services Agency, San
Diego; et al., Defendants–
Appellees.

Percy Anderson, Sr., Plaintiff–
Appellant,

v.

District Attorney's Office; al.,
Defendants–Appellees.

Nos. 13–56317, 13–56320, 13–56323.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2015.*

Filed Nov. 30, 2015.

Percy Anderson, Sr., Lemon Grove, CA,
pro se.

Ricky Rodriguez Sanchez, Esquire, San
Diego, CA, for Defendants–Appellees.

Before: TASHIMA, OWENS, and
FRIEDLAND, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Percy
Anderson, Sr., appeals pro se from the
district court's judgment dismissing his ac-
tions alleging federal and state law viola-
tions arising out of the removal of his
children from his home. We have jurisdic-
tion under 28 U.S.C. § 1291. We review
for an abuse of discretion the district
court's dismissal for failure to prosecute.
*Allen v. Calderon*, 408 F.3d 1150, 1152 (9th
Cir.2005). We affirm.

The district court did not abuse its dis-
cretion in dismissing Anderson's cases
without prejudice for failure to prosecute
after Anderson failed to oppose dispositive
motions, to appear at hearings, and to
provide sufficient evidence showing incom-
petence during litigation, despite having
had multiple opportunities to do so. *See
Krain v. Smallwood*, 880 F.2d 1119, 1121
(9th Cir.1989) (where a "substantial ques-
tion exists regarding the competence of an
unrepresented party," "[t]he district court
has discretion to dismiss the cases without
prejudice"); *Ash v. Cvetkov*, 739 F.2d 493,
496–97 (9th Cir.1984) (setting forth factors
for evaluating dismissal for failure to pros-
ecute).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.